**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**JOSHUA VALENTINO ROBINSON,**                                              **PLAINTIFF**
**# 425686**

**v.**                                                          **CIVIL NO. 1:19cv438-HSO-JCG**

**WENDY KING**                                                              **DEFENDANT**

**ORDER SEVERING HABEAS CLAIM**

This matter is before the Court for consideration of pro se Plaintiff Joshua

Valentino Robinson's pleadings.   Robinson is incarcerated a pretrial detainee at

the Harrison County Adult Detention Center, and he challenges his state criminal

proceedings in this 42 U.S.C. § 1983 case.   Robinson seeks damages and asks that

his pending criminal charges be "terminated."   Compl. [1] at 4.   The Court has

considered and liberally construed the pleadings.

To the extent Robinson seeks release, he must pursue such relief through a

petition for writ of habeas corpus.   *Orellana v. Kyle*, 65 F.3d 29, 31 (5th Cir. 1995).

To the extent Robinson seeks damages, the case may be cognizable under 42 U.S.C.

§ 1983.   *Id.*   "If such a § 1983 complaint contains both habeas and § 1983 claims,

the district court should separate the claims and decide the § 1983 claims."   *Id.*

Therefore, Robinson's habeas claim seeking release will be severed from this case.

Rather than require Robinson to re-file the habeas claims, the Court will direct the

Clerk of Court to open a new case and file a copy of the Complaint [1], Motion [2] for

leave to proceed *in forma pauperis*, and this Order in the 28 U.S.C. § 2241 habeas

proceeding.   Robinson's § 1983 claim for damages will proceed in this civil action.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, pro se Plaintiff

Joshua Valentino Robinson's habeas claim seeking release is **SEVERED** from this

case.   The Clerk of Court shall open a new 28 U.S.C. § 2241 civil action on

Plaintiff's habeas claim, and therein file a copy of the Complaint [1], Motion [2] for

leave to proceed *in forma pauperis*, and a copy of this Order.   The 42 U.S.C. § 1983

claim for damages shall proceed in this civil action.

**SO ORDERED AND ADJUDGED**, this the 19th day of September, 2019.


*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE